```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 00447
     CAROLYN THOMAS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
              Debtor
     SSN XXX-XX-6382

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/18/2006 and was confirmed 03/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/22/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED           4775.00        533.24        1699.07
HSBC AUTO FINANCE          UNSECURED        11160.12           .00            .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG        .00           .00            .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE   14627.56           .00        3879.29
HOUSEHOLD BANK             MORTGAGE ARRE    1500.00           .00         388.95
NCO FINANCIAL              UNSECURED         720.31           .00            .00
HOUSEHOLD BANK             CURRENT MORTG        .00           .00            .00
LEGAL RESCUES              DEBTOR ATTY     2,569.00                     2,569.00
TOM VAUGHN                 TRUSTEE                                        586.50
DEBTOR REFUND              REFUND                                            .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  9,656.05

PRIORITY                                              .00
SECURED                                          5,967.31
    INTEREST                                       533.24
UNSECURED                                             .00
ADMINISTRATIVE                                   2,569.00
TRUSTEE COMPENSATION                               586.50
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                   9,656.05                9,656.05
```

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 00447 CAROLYN THOMAS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 08/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE